**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     Plaintiff-Appellee | * | |
| v. | * | Appeal No.: **13-4775** |
| **IDA MAE WEATHERS** | * | |
|     Defendant-Appellant | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**UNOPPOSED/CONSENT MOTION TO EXTEND TIME PURSUANT TO**
**FEDERAL RULES OF APPELLATE PROCEDURE**
**AND LOCAL RULES**

**NOW COMES** the Appellant, Ida Mae Weathers (hereinafter, "Appellant"), by and through her attorneys, Paul R. Kramer and Paul R. Kramer, LLC, and respectfully requests this Honorable Court extend the time to file the Appellant's Brief and the Joint Appendix.  In support of this Motion the Appellant states the following:

1.    That a Notice of Appeal was timely filed with this Honorable Court on by Appellant's former counsel on, or about, October 10, 2013.

2.    That the Appellant's Brief and the Joint Appendix are currently due to be filed by February 18, 2014.

1

3.      That undersigned counsel entered his appearance in the instant matter on November 12, 2013

4.      That the appeal fees were filed on December 06, 2013.

5.      That undersigned counsel did represent the Appellant before the United States District Court in the matter under review.

6.      That the Appellant is detained and serving the sentence imposed in the above-entitled matter at USP Hazelton, located in the State of West Virginia. Undersigned Counsel maintains his office in Baltimore City, State of Maryland.

7.      That undersigned counsel has had issues communicating with the Appellant, who has advised she wants to take an active part in the Appeal process. Undersigned counsel needs additional time to make sure all of the Appellant's concerns are addressed to the extent possible.

8.      That the A.U.S.A. assigned to handle the instant matter for the Appellee, the United States of America, Mrs. Tamera Fine, had back surgery in December of 2013, and just recently returned to active work at the Office of the United States Attorney.   Undersigned counsel needs additional time to ensure everything all parties want include in the Joint Appendix is included.

9.      That no party to the above-entitled action will be prejudiced by the **GRANTING** of this Motion.

2

10.    **That Granger Maher, an attorney in the undersigned counsel's office, spoke to A.U.S.A. Fine on February 12, 2014, and she authorized undersigned counsel to inform this Honorable Court the Appellee does not have any objection to the relief requested herein being GRANTED and consents to Appellant's requested relief.**

11.    That based upon a review of the PACER file for the Appellant's case there were some concerns about whether undersigned counsel had the entire transcript of the matter under review or if there was additional material that needed to be acquired.

**WHEREFORE**, the Appellant, Ida Mae Weathers, respectfully requests this Honorable Court **GRANT** the relief sought in the instant Motion and **EXTEND** the time for filing the Joint Appendix and Appellant's Brief from February 18, 2014, to April 08, 2014 and **GRANT** any other, or further, relief this Honorable Court deems appropriate or the interests of justice may require.

Respectfully submitted,

s/ Paul R. Kramer
Paul R. Kramer
Paul R. Kramer, LLC.
One North Charles Street, Suite 1104
Baltimore, Maryland 21201
(410) 727-5531

**APPELLANT'S COUNSEL**

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **_14th_** day of **February**, **2014**, a copy of the foregoing Motion to Extend Time and proposed order was forwarded to the Appellee, the United States of America, in care of their attorney via electronic mail and by first class mail at: Tamera L. Fine, A.U.S.A. at Office of the United State's Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

s/ Paul R. Kramer
Paul R. Kramer