FILED: February 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4775
(1:11-cr-00428-MJG-5)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

IDA MAE WEATHERS, a/k/a Ida Mae Snipe

   Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 03/18/2014

Opening brief due: 03/18/2014

Response brief due: 04/08/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk