FILED: April 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4775

(1:11-cr-00428-MJG-5)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

IDA MAE WEATHERS, a/k/a Ida Mae Snipe

   Defendant - Appellant

_____

O R D E R

_____

  The court grants an extension of the briefing schedule as follows:

  Response brief due: 05/19/2014

  Any reply brief permitted within 10 days from service of response brief.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk